[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-12588
Non-Argument Calendar

_____

D.C. Docket No. 8:17-cr-00248-CEH-JSS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GABRIEL DILWORTH, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 22, 2019)

Before TJOFLAT, WILLIAM PRYOR and GRANT, Circuit Judges.

PER CURIAM:

Jeffrey Brown, appointed counsel for Gabriel Dilworth, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dilworth's convictions and sentences are **AFFIRMED**.